Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
caroline.larsen@ogletree.com
Attorneys for Defendant Walgreen Arizona Drug Co.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley, | No. CV-20-1942-PHX-SMB |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| Walgreen Arizona Drug Co., an Arizona corporation, | |
| Defendant. | |

Pursuant to Local Rule 40.2(d), counsel for the parties notify the Court that the parties have resolved this matter. The resolution disposes of the entire case, and the parties anticipate filing a joint stipulation to dismiss this case with prejudice within 30 days. The parties respectfully ask that the Court vacate all current deadlines and court dates in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 8th day of February 2021.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By:   s/ Caroline Larsen
               Caroline Larsen
               Esplanade Center III, Suite 800
               2415 East Camelback Road
               Phoenix, AZ  85016
               Attorneys for Defendant Walgreen Arizona Drug Co.

45927211.1

2